IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM GIACONE, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:13-cv-01558 |
| | ) |
| v. | ) *ELECTRONICALLY FILED* |
| | ) |
| VIRTUAL OFFICEWARE, LLC and | ) Judge Arthur J. Schwab |
| DAVID HAREL, | ) |
| | ) |
| Defendants. | ) |

### ORDER DENYING PLAINTIFF'S MOTION TO REMAND [ ECF 12]

AND NOW, this 13th day of December, 2013, upon consideration of Plaintiff's Motion to Remand to State Court and Attorney's Fees, Costs and Expenses [ECF 12], and *and Plaintiff's Reply (doc. no. 15)* Defendant's Opposition thereto, *(doc. no. 13)* it is hereby ORDERED, that Plaintiff's Motion is DENIED. This Court will retain jurisdiction over the claims and counterclaims in the above-captioned action, pursuant to 28 U.S.C. §§ 1332, 1441. The parties shall comply with this Court's Order Setting Initial Case Management Conference, [ECF 14] and all deadlines set forth therein.

BY THE COURT,

_____
The Honorable Arthur J. Schwab
U.S. District Court Judge

4812-9575-5799, v. 1